IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAUL C. ZAPATA,

    Plaintiff,

v.                                                    No. CIV 06-1200 WJ/CEG

RONALD TORREZ, et al.,

    Defendants.

ORDER ADOPTING MAGISTRATE JUDGE'S

REPORT AND RECOMMENDATION

    This matter is before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Motion to Amend Complaint, filed September 27, 2007. *See Doc. 28.* The Court has reviewed Plaintiff's lengthy objections de novo, and concurs with the Magistrate Judge's recommendation. Plaintiff's objections do not address the Magistrate's Judge determination that Plaintiff's proposed amendment would not survive a motion dismiss.

    Wherefore,

    IT IS HEREBY ORDERED THAT:

    1)    the Magistrate Judge's Report and Recommendation on Plaintiff's Motion to Amend Complaint (Doc. 28) are adopted; and

    2)    Plaintiff's Motion to Amend Complaint (Doc. 24) is denied.

_____
UNITED STATES DISTRICT JUDGE